IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| IAN-CHANEL DAVIS PAYNE,<br><br>    Plaintiff,<br><br>v.<br><br>SIGNET JEWELERS,<br><br>    Defendant. | Case No. 3:23-cv-01216 |

**DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS**

Pursuant to Fed. R. Civ. P. 12(c), Defendant Sterling Jewelers, Inc. (improperly named in the Complaint as "Signet Jewelers) respectfully moves this Court for an Order granting judgment in its favor as to the claims set forth against it by Plaintiff Ian-Chanel Davis Payne.

In support of its Motion, Defendant is submitting a supporting memorandum, setting forth the reasons why judgment in Defendant's favor is warranted and Plaintiff's claim should be dismissed.

For the reasons set forth in the supporting memorandum, Defendant respectfully requests that the Court grant its motion for judgment on the pleadings and dismiss Plaintiff's claims entirely, with prejudice.

Respectfully submitted,

*/s/ William S. Rutchow*
William S. Rutchow, TN #17183
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
SunTrust Plaza
401 Commerce Street, Suite 1200
Nashville, TN 37219-2446
Telephone: 615-254-1900
Facsimile: 615-254-1908
william.rutchow@ogletree.com

Luci L. Nelson, TN #36354
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
The Ogletree Building
300 North Main Street
Greenville, SC 29601
Telephone: 864-271-1300
luci.nelson@ogletree.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this the 17th of December 2024, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Ian-Chanel Davis Payne
P.O. Box 191
Smyrna, Tennessee 37167
Chanel2001.ip@gmail.com

*/s/ William S. Rutchow*