UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IAN-CHANEL DAVIS PAYNE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) No. 3:23-cv-01216 |
| SIGNET JEWELERS, | ) ) |
| Defendant. | ) |

### ORDER

Pursuant to the Stipulation of Dismissal (Doc. No. 38), and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action is **DISMISSED WITH PREJUDICE**, and the Clerk shall close the file. The pending Motion for Judgment on the Pleadings (Doc. No. 21) and Motion to Strike Amended Complaint (Doc. No. 30) are **DENIED AS MOOT**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE